FILED
2018 Dec-18 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Vestavia Hills, Ltd., Judith A. Chance as Trustee Under Declaration of Trust Dated February 16, 1988 of Trust No. 2, et al.<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Commonwealth Assisted Living LLC, Series E, and Municipal Capital Appreciation Partners V, L.P.<br>　　　　　　　　　　　　Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br>2:18-CV02075-JHE |

## Summons in a Civil Action

To:

Commonwealth Assisted Living, LLC, Series E
Richard Brockman
340 20th Street North
Suite 3400
Birmingham, Alabama 35203

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

　　　　Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

　　　　Andrew P. Campbell
　　　　J. Harris Hagood
　　　　Campbell Guin LLC
　　　　505 N. 20th Street, Suite 1600
　　　　Birmingham, AL 35203

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE:____December 18, 2018_____　　　　SHARON N. HARRIS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　By: _Angela Day_ (signature)
SEE REVERSE SIDE FOR RETURN　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　(SEAL OF COURT)

　　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF ALABAMA
　　　　　　　　　　　　　　　　　　　　　　　　1729 5th Avenue North
　　　　　　　　　　　　　　　　　　　　　　　　Birmingham, Alabama 35203